IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON


RONALD G. ALLEN et al.,

          Plaintiffs,

  vs                                        Case No. 3:07cv361

INTERNATIONAL TRUCK AND
ENGINE CORPORATION, et al.,

          Defendants.           District Judge Walter H. Rice


AMENDED/SUPPLEMENTAL SCHEDULING ORDER; CLASS CERTIFICATION
HEARING RESET; BRIEFING SCHEDULE SET ON CLASS CERTIFICATION ISSUE


      Pursuant to an April 1, 2010, telephone conference had between the Court and counsel, this Court's Scheduling Entry of March 26, 2010 (Doc. #51), is amended to reflect the fact that the class certification hearing, heretofore set for June 7, 2010, is hereby ordered reset for Monday, July 26, 2010, at 9 a.m., with the pre-hearing conference call, previously set for June 1, 2010, ordered reset for Monday, July 19, 2010, at 5 p.m.

      The Plaintiff's Motion for Class Certification was filed March 29, 2008 (Doc. #12). As set forth in this Court's Scheduling Order of March 26, 2010, the Defendant's Memorandum in Opposition to Class Certification is to be filed not later than the close of business on June 4, 2010, with Plaintiff's Reply Memorandum in

Support of Class Certification to be filed not later than the close of business on June 25, 2010.

|  |  |
|---|---|
| April 6, 2010 | /s/ Walter Herbert Rice <br> WALTER HERBERT RICE <br> UNITED STATES DISTRICT JUDGE |

Copies to:

All Counsel of Record