IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

RONALD G. ALLEN et al.,

        Plaintiffs,

vs                                           Case No. 3:07cv361

INTERNATIONAL TRUCK AND
ENGINE CORPORATION, et al.,

        Defendants.         Judge Walter H. Rice

---

ENTRY SETTING ORAL AND EVIDENTIARY HEARING ON PLAINTIFF'S MOTION
FOR CLASS CERTIFICATION; PRE-CLASS CERTIFICATION HEARING
CONFERENCE CALL SET; TRIAL DATE AFFIRMED

---

     Counsel of record will note that an oral and evidentiary hearing will be had on the Plaintiff's Motion for Class Certification, beginning at 9 a.m. on Tuesday, August 17, 2010, and extending, if necessary, into as much of Wednesday, August 18, 2010, as may be needed.  A pre-class certification hearing conference call will be held, by conference call telephone communication, beginning at 4:45 p.m. (Eastern Daylight Time) on Tuesday, August 10, 2010.

     Trial upon the merits of the captioned cause, set before a duly impaneled jury on Monday, April 18, 2011, remains as scheduled.

                                                     /s/ Walter Herbert Rice

July 27, 2010                                 WALTER HERBERT RICE
                                               UNITED STATES DISTRICT JUDGE

-2-

Copies to:

All Counsel of Record